UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JADE KWONG,<br><br>            Plaintiff,<br><br>   v.<br><br>GWENETTE MOORE, et al.,<br><br>            Defendants. | Case No. 13-01896-JCS<br><br>**ORDER TO SHOW CAUSE RE REMOVAL** |

On April 25, 2013, Defendant Gwenette Moore ("Defendant") removed the underlying action from the Superior Court of California, County of Contra Costa to the United States District Court, Northern California.

IT IS HEREBY ORDERED that Defendant appear on May 17, 2013, at 1:30 p.m., in Courtroom G, 450 Golden Gate Ave., 15th Floor, San Franscisco, CA, and show cause why this case should not be remanded back to the Superior Court of California, County of Contra Costa for lack of federal jurisdiction. Any memorandum in support or opposition shall be filed by May 10, 2013.

IT IS SO ORDERED.

Dated: May 6, 2013

_____
Joseph C. Spero
United States Magistrate Judge